**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Karen M. Volpi aka Karen M. Yezerski<br>Debtor(s) | CHAPTER 7<br><br>BKY. NO. 17-14612 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of JPMorgan Chase Bank, N.A. as Servicer for U.S. Bank National Association, as Indenture Trustee for HomeBanc Mortgage Trust 2006-2, Mortgage Backed Notes, Series 2006-2 and index same on the master mailing list.

     Respectfully submitted,

**/s/ Matteo S. Weiner, Esquire**
Matteo S. Weiner, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734